UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GABRIEL ALLEN ECKARD,

        Plaintiff,

   v.

SCOTT SYMONS,

        Defendant.

Case No. 19-376-RSL

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Defendant's motion for summary judgment (dkt. # 14) is GRANTED, and this action is DISMISSED without prejudice for failure to exhaust.

\\

\\

ORDER OF DISMISSAL - 1

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 20th day of September, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2